# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00527-CV

## In re Germania Select Insurance Company and Shana Muske

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Germania Select Insurance Company and Shana Muske have filed an unopposed motion stating that they have reached a settlement agreement with the real party in interest and requesting that this original proceeding be dismissed. We grant the motion and dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: November 18, 2016